**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-6610**

—————————

CEDRIC HOLLEY,

Plaintiff - Appellant,

versus

EMILIO PAGAN,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CA-02-536-5-3F)

—————————

Submitted: June 12, 2003          Decided: June 20, 2003

—————————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Cedric Holley, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cedric Holley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Holley v. Pagan, No. CA-02-536-5-3F (E.D.N.C. Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED